

SUPPRESSED

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ANTHONETTE STROWDER,<br>a/k/a "Big Mama,"<br><br>Defendant. | CRIMINAL NO. 17-40045-JPG-M2r<br>17-30120-DRH<br><br>Title 21, United States Code,<br>Sections 841 and 846 |

**FILED JUL 1 2 2017**
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

### INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNT 1

**Conspiracy To Distribute Methamphetamine**

From on or about January 2016, until on or about June 15, 2017, in Marion County, within the Southern District of Illinois, and elsewhere,

**ANTHONETTE STROWDER,**
**a/k/a "Big Mama,"**

defendant herein, did knowingly combine, conspire, and agree with others known and unknown to the Grand Jury, to knowingly and intentionally distribute methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1); all in violation of Title 21, United States Code, Section 846.

It is further alleged that the total amount of mixture and substance containing methamphetamine involved in the conspiracy was fifty (50) grams or more of methamphetamine (Ice), or five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(A).

## COUNT 2

### Possession With Intent to Distribute Methamphetamine

On or about June 15, 2017, in Marion County, within the Southern District of Illinois,

**ANTHONETTE STROWDER,**
a/k/a "Big Mama,"

defendant herein, did knowingly and intentionally possess with the intent to distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1).

It is further alleged that the total amount of mixture and substance containing methamphetamine possessed by the defendant was five (5) grams or more of methamphetamine (Ice), or fifty (50) grams or more of a mixture and substance containing a detectable amount of methamphetamine, punishable pursuant to the provisions of Title 21, United States Code, Section 841(b)(1)(B).

## COUNT 3

### Distribution of Methamphetamine

On or about June 13, 2017, in Marion County, within the Southern District of Illinois,

**ANTHONETTE STROWDER,**
a/k/a "Big Mama,"

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT 4

### Distribution of Methamphetamine

On or about June 14, 2017, in Marion County, within the Southern District of Illinois,

**ANTHONETTE STROWDER,**
a/k/a "Big Mama,"

defendant herein, did knowingly and intentionally distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

**A TRUE BILL:**

FOREPERSON

DONALD S. BOYCE
United States Attorney

GEORGE NORWOOD
Assistant United States Attorney

Recommended Bond: Detention

3