# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

v.

**ANTHONETTE STROWDER,**

    **Defendant.**                    **No. 17-Cr-30120-DRH**

## ORDER APPOINTING COUNSEL

**HERNDON, District Judge**:

On July 31, 2018, the Court issued its Order granting the withdrawal of defendant's retained counsel, Mr. William D. Stiehl, Jr., and informed defendant that she must advise the Court by August 10, 2018 if she was unable to afford a new attorney (doc. 84). On August 9, 2018, the government informed the Court that AUSA George Norwood and AUSA Tom Leggans received a phone call from defendant in which she stated "I want a new attorney." *See* doc. 89. Norwood and Leggans informed defendant she would need to contact the Court. *Id*.

Given this series of events, the Court understands defendant to be financially unable to obtain counsel, is in need of counsel, and is entitled to the appointment of counsel for her upcoming trial scheduled for August 27, 2018.

**WHEREFORE,** the Court hereby appoints CJA Panel Attorney, Brian Trentman, to represent the defendant, Anthonette Strowder, for all further

proceedings. The Clerk's Office is **DIRECTED** to mail a copy of this Order to defendant's last known address to advise defendant that she has been appointed counsel.

    **IT IS SO ORDERED.**

Judge Herndon
2018.08.10
15:34:55 -05'00'

**United States District Court**