IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA**,

    **Plaintiff,**

v.

**ANTHONETTE STROWDER,**

    **Defendant.**                                No. 17-cr-30120-DRH

## ORDER

**HERNDON, District Judge**:

    Now before the Court is defendant's motion to continue trial (doc. 95). Defendant and her recently retained counsel, Mr. Preston Humphrey, state they need additional time to properly prepare for trial given that trial is set just one week from the entry of Mr. Humphrey's appearance. The government does not object to the motion. The Court being fully advised in the premises finds that defendant needs additional time to prepare for trial. The Court finds that pursuant to 18 U.S.C. § 3161(h)(7)(A), the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendant in a speedy trial. The Court also finds that to deny a continuance of the matter would result in a miscarriage of justice.

    Therefore, the Court **GRANTS** defendant's motion to continue trial (doc. 95). The Court **CONTINUES** the jury trial scheduled for August 27, 2018 to **December**

1

**10, 2018, at 9:00 a.m.** The time from the date the original motion was filed, August 20, 2018, until the date to which the trial is rescheduled, December 10, 2018, is excludable time for the purposes of speedy trial. Additionally, the Court sets the Final Pre-Trial Conference to **November 27, 2018 at 1:30 p.m.**

Should either party believe that a witness will be required to travel on the Justice Prisoner and Alien Transportation System (JPATS) in order to testify at the trial of this case, a writ should be requested at least two months in advance.

**IT IS SO ORDERED.**

Judge Herndon
2018.08.22
16:47:41 -05'00'

**United States District Court**