**FILED**

FEB 2 5 2019

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | |
| DESIGNATING SPECIAL PLACE | ) | Administrative Order No. **236** |
| OF HOLDING COURT FOR | ) | |
| CASE NO. 3:17-CR-30120-NJR | ) | |

## NOTICE AND ORDER INVOKING THE
## FEDERAL JUDICIARY EMERGENCY SPECIAL SESSIONS ACT, 28 U.S.C. § 141

Pursuant to the authority granted in the Federal Judiciary Emergency Special Sessions Act of 2005, § 2 (28 USC § 141), in the interest of justice, and for the reasons stated below, the United States District Court for the Southern District of Illinois will conduct special sessions for procedures and sentencing in *United States v. Anthonette Strowder*, Case No. 3:17-30120-NJR, at the West Tennessee Detention Facility, Mason, Tennessee, within the Western District of Tennessee, from March 4, 2019, until the completion of sentencing and entry of judgment. The Court finds, for the reasons that follow, there is no reasonably available location within the district that can accommodate the special circumstances presented.

Defendant Strowder is currently housed at the West Tennessee Detention Facility, Mason, Tennessee (540 miles away), because it is the nearest facility that can accommodate her physical and medical needs, which stem from her morbid obesity. The United States Marshals Service projects that it would cost $6,000 per day for an ambulance to transport Defendant Strowder to the Southern District of Illinois for sentencing. Ambulance staff, and any housing needed should the proceeding require more than one day, would be an additional expense. The St. Clair County Jail's medical facility in the Southern District of Illinois will only accommodate Strowder for one night. Such a long journey, particularly if a one-day roundtrip were attempted, would impose a tremendous strain upon Strowder.

Alternate federal courthouses in Cape Girardeau, Missouri, Paducah, Kentucky, and Benton, Illinois, have been considered. The courthouses in Cape Girardeau and Paducah are, at best, only 250 miles closer, and the cost savings would be negligible.

To protect the constitutional rights of Defendant Strowder and the public, a live video feed from the West Tennessee Detention Facility to a courtroom in the U.S. District Courthouse in East St. Louis, Illinois, in the Southern District of Illinois, will be utilized.

Pursuant to this order and the Federal Judiciary Emergency Special Sessions Act (28 U.S.C. § 141), any business that may be transacted at a regular session of the district court may be transacted as a special session conducted outside the district, except that a criminal trial may not be conducted at a special session outside the State in which the crime has been committed without the consent of the defendant.

**IT IS SO ORDERED.**

**Dated: February 25, 2019**

Michael J. Reagan
Chief Judge
**United States District Court**
**Southern District of Illinois**

Nancy J. Rosenstengel
District Judge
**United States District Court**
**Southern District of Illinois**