IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ANTHONETTE STROWDER,

    Defendant.

Case No. 3:17-CR-30120-NJR-1

# ORDER

**ROSENSTENGEL, Chief Judge:**

    Now before the Court is Defendant Anthonette Strowder's *pro se* Motion for Sentence Reduction. (Doc. 215). Strowder requests a reduction under both the "zero point" offender and "status points" provisions of Amendment 821 to the United States Sentencing Guidelines ("U.S.S.G."). (*Id.*). As provided in Administrative Order 362, the Court directed the Federal Public Defender to enter its appearance to determine whether Strowder may be eligible for relief. (Doc. 216). Federal Public Defender Kim C. Freter entered her appearance and subsequently filed a Motion to Withdraw, asserting that Strowder's motion is without merit. (Doc. 218). Strowder did not respond to the Motion to Withdraw.

    Under Part A of Amendment 821, the Sentencing Commission altered the "status points" provision regarding criminal history, which now appears in U.S.S.G. § 4A1.1(e). Under the amended provision, a defendant who has 7 or more criminal history points and who committed the offense of conviction while under any criminal justice sentence receives 1 status point. A defendant who has 6 or less criminal history points and who

committed the offense of conviction while under any criminal justice sentence receives no status points. *See* U.S.S.G. § 1B1.10(e)(2). Under Part B of Amendment 821, offenders with zero criminal history points and whose offense did not involve specified aggregating factors shall receive a two-level decrease in their offense level. U.S.S.G. § 4C1.1.

Here, although Strowder requests relief under both Part A and Part B of Amendment 821, she is not eligible for a reduction under either provision. Strowder was not given status points at sentencing because she did not commit the offense of conviction while she was under any criminal justice sentence. (*See* Doc. 130). She also is not a zero point offender, as she was assessed 31 criminal history points. (*See id.*). Thus, Strowder does not qualify for a sentence reduction under either prong.

For these reasons, the *pro se* Motion for Sentence Reduction pursuant to 18 U.S.C. § 3582(c)(2) and Amendment 821 filed by Defendant Anthonette Strowder (Doc. 215) is **DENIED**. The Motion to Withdraw filed by Federal Public Defender Kim C. Freter (Doc. 218) is **GRANTED**.

**IT IS SO ORDERED.**

DATED:   March 1, 2024

_____
**NANCY J. ROSENSTENGEL**
**Chief U.S. District Judge**